IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RACHAEL ANN CLAFLIN,

    Plaintiff,

  v.

MANDARICH LAW GROUP LLP, et al.,

    Defendants.
                             /

No. C 13-05255 WHA

**ORDER RE STIPULATION AMENDING BRIEFING SCHEDULE AND HEARING DATE**

On December 10, defendants filed a motion to dismiss or stay based on principles of abatement, noticed for January 21, 2014. On December 12, 2013, this action was reassigned to the undersigned judge. The reassignment order stated "[a]ll dates presently scheduled are vacated and motions should be renoticed for hearing before the judge to whom the case has been reassigned." On December 20, the parties filed a stipulation setting forth a briefing schedule with a hearing for **FEBRUARY 20, 2014 AT 8:00 A.M.** (with the opposition brief due January 23 and reply brief due February 6). The amended briefing schedule is **APPROVED**. The general practice before the undersigned judge is that counsel need not request a motion hearing date and may notice non-discovery motions for any Thursday (excepting holidays) at 8:00 a.m., as stated in the standing order.

**IT IS SO ORDERED.**

Dated: December 23, 2013.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE