UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RACHAEL ANN CLAFLIN,<br><br>        Plaintiff,<br>v.<br><br>MANDARICH LAW GROUP, LLP and RYAN EARL VOS,<br><br>        Defendants. | Case No. 5:13-cv-05255-BLF-PSG<br><br>**ORDER DENYING DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO RESPOND TO DISCOVERY REQUESTS**<br><br>**(Re: Docket No. 29)** |

Defendants' attempt on the eve of mediation to secure an additional two weeks to respond to discovery propounded by Plaintiff Rachael Ann Claflin is untimely and in contravention of this court's standing order.[1]  It is DENIED.

**IT IS SO ORDERED.**

Dated: April 22, 2014

                                                PAUL S. GREWAL
                                                United States Magistrate Judge

---

[1] *See* Standing Order for Civil Practice in Cases Assigned for All Purposes to Magistrate Judge Paul S. Grewal at 1 (Dec. 2010) ("All parties who want their discovery motions before Magistrate Judge Grewal to be heard on shortened time may serve and file along with their discovery motion, either: (1) a stipulation of the parties pursuant to Local Rule 6-2; or (2) a motion to shorten time under Civil Local Rule 6-3.  Otherwise, all discovery matters shall be noticed in accordance with Civil Local Rule 7-2.  Upon receipt of the moving papers, this court may in its discretion modify the briefing and hearing schedule.").

1