Fred W. Schwinn (SBN 225575)
Raeon R. Roulston (SBN 255622)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorneys for Plaintiff
RACHAEL ANN CLAFLIN

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| RACHAEL ANN CLAFLIN,<br><br>               Plaintiff,<br>v.<br><br>MANDARICH LAW GROUP, LLP, a California limited liability partnership; and RYAN EARL VOS, individually and in his official capacity,<br><br>               Defendants. | Case No. 5:13-CV-05255-BLF-PSG<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**<br><br>Fed. R. Civ. P. 41(a)(1) |

    Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, RACHAEL ANN CLAFLIN, and Defendants, MANDARICH LAW GROUP, LLP, and RYAN EARL VOS, stipulate, and the Court hereby orders, as follows:

    1.   The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, RACHAEL ANN CLAFLIN, against Defendants, MANDARICH LAW GROUP, LLP, and RYAN EARL VOS, in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

oo0oo

|   |   |
|---|---|
|   | CONSUMER LAW CENTER, INC. |
| Dated: June 13, 2014 | By: /s/ Raeon R. Roulston |
|   | Fred W. Schwinn (SBN 225575) |
|   | Raeon R. Roulston (SBN 255622) |
|   | Attorneys for Plaintiff |
|   | RACHAEL ANN CLAFLIN |
|   |   |
|   | MANDARICH LAW GROUP, LLP |
| Dated: June 13, 2014 | By: /s/ Elizabeth G. Sutlian |
|   | Elizabeth G. Sutlian (SBN 281099) |
|   | Attorney for Defendants |
|   | MANDARICH LAW GROUP, LLP |
|   | and RYAN EARL VOS |

THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.

Dated: June 17, 2014

/s/ Beth Labson Freeman
The Honorable Beth Labson Freeman
Judge of the District Court